# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **HELCIM USA, INC.,** ] | |
| ] | |
| **Plaintiff,** ] | |
| ] | |
| v. ] | 2:24-cv-1643-ACA |
| ] | |
| **MJ/S DISCOUNT WAREHOUSE, INC.,** ] | |
| **et al.,** ] | |
| ] | |
| **Defendant.** ] | |

## MEMORANDUM OPINION AND ORDER

Consistent with the court's rulings from the bench, the court **GRANTS** Plaintiff Helcim USA, Inc.'s motion for default judgment on its claims for fraud, breach of contract, and indemnification and **WILL ENTER DEFAULT JUDGMENT** against Defendants Jason Phillip Goins and MJ's Discount Warehouse, Inc., d/b/a MJ's Wholesale Division, on those claims. (Doc. 42). The court **DENIES** Helcim's motion on its claim for civil conspiracy.

The court **WILL AWARD** Helcim liquidated damages in the amount of $510,458.17 and **ORDERS** Helcim to file documentation in support of its request for attorney's fees on or before **September 18, 2025**. After reviewing those documents, the court will enter a separate final judgment consistent with this memorandum opinion and order.

**DONE** and **ORDERED** this September 12, 2025.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE