IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **HELCIM USA, INC.,** ] | |
| ] | |
| **Plaintiff,** ] | |
| ] | |
| v. ] | Case No. 2:24-cv-1643-ACA |
| ] | |
| **MJ/S DISCOUNT WAREHOUSE, INC.,** ] | |
| **et al.,** ] | |
| ] | |
| **Defendants.** ] | |

## MEMORANDUM OPINION AND ORDER

This court previously granted Plaintiff Helcim USA, Inc's motion for default judgment on its claims for fraud, breach of contract, and indemnification and awarded Helcim liquidated damages, but withheld final judgment until the court received documentation in support of Helcim's request for attorney's fees. (Doc. 50 at 1; *see* doc. 5 ¶ 81 (seeking attorney's fees); doc. 1-1 at 15 (affording Helcim attorney's fees under the contract)). After reviewing Helcim's documentation (docs. 51, 54), the court **WILL AWARD** Helcim $43,645.60 in attorney's fees.

Helcim seeks $84,468.10 in attorney's fees. (Doc. 51 at 2). Attorneys "must exclude from their fee applications excessive, redundant, or otherwise unnecessary hours." *Am. C.L. Union of Georgia v. Barnes*, 168 F.3d 423, 428 (11th Cir. 1999) (quotation marks omitted) (alteration accepted). If a fee applicant fails to do so, the

court must "prun[e] out" those hours itself. *Id.* The court finds that two groups of fees are not reasonable.

First, some fees relate to a case in Washington that was voluntarily dismissed. (*See* doc. 54-1 at 10–12, 15–16, 19–21, 25–27, 30–31, 34–37, 41–43, 46–47). The invoices indicate that Helcim first litigated its claims against Defendants and sought an injunction in Washington, but then dismissed that case and re-filed in Alabama. (*See id.* at 43). The court will not award attorney's fees for the entries related exclusively to the Washington litigation, amounting to $39,492.50.

Second, Helcim moved for default judgment before moving for entry of default. (Doc. 29). The court denied the motion. (*See* doc. 30). The two-step process to receive a default judgment is clearly delineated in Federal Rule of Civil Procedure 55. So the court will not award attorney's fees for the entries related to the first motion for default judgment (*see* doc. 54-1 at 63–64; doc. 51-1 at 4), amounting to $1330.00.

The court **WILL AWARD** Helcim attorney's fees in the amount of $43,645.60. The court will enter a separate final judgment consistent with this memorandum opinion and order and the court's previous memorandum opinion and order. (Doc. 50).

2

**DONE** and **ORDERED** this February 2, 2026.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE

3